# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,  )<br> )<br>   Plaintiff,  )<br> )<br>vs.  )<br> )<br>Christopher Michael Ridley,  )<br> )<br>   Defendant.  ) | **ORDER GRANTING MOTION TO**<br>**RECONSIDER ORDER OF DETENTION**<br><br>Case No. 1:23-cr-011 |

On June 15, 2023, Defendant filed a Motion to Reconsider Order of Detention. (Doc. No. 27). Defendant previously waived his right to a detention hearing and was ordered detained pending trial. (Doc. Nos. 15 and 16). Advising that he has been accepted into a program at Adult & Teen Challenge ("Teen Challenge") in Mandan, North Dakota, Defendant requests that the court reconsider its order.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 27). Defendant shall be released no earlier than 9:30 AM on June 27, 2023, to staff of Teen Challenge for immediate transport to Teen Challenge. Defendant's release shall be subject to the following conditions:

(1) Defendant must not violate federal, state, tribal, or local law while on release.

(2) Defendant must appear in court as required and must surrender to serve any sentence imposed.

(3) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(4) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic

        drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall reside at Teen Challenge, participate in the center's programs, and abide by its rules and regulations.

(7) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the facility OR to communicate with facility staff about his progress in the program.

        Any passes allowed by the facility must be approved by the Pretrial Services Officer. If for any reason Defendant is terminated from the program, he must immediately report to the United States Marshal.

        At least 96 hours prior to anticipated completion of the program, Defendant must advise the Pretrial Services Officer of his anticipated completion date so the court may schedule a hearing to review his release status.

(8) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject

to searches pursuant to this condition. The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

(9) Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2023.

> _/s/ Clare R. Hochhalter_
> Clare R. Hochhalter, Magistrate Judge
> United States District Court